COLORADO FUEL & IRON CORPORATION et al. v. Charles SCOTT.

No. 1626.

Circuit Court of Appeals, Tenth Circuit.

March 9, 1938.

Warwick M. Downing, Richard Downing, and Floyd J. Wilson, all of Denver, Colo., for appellants.

Barney L. Whatley and Walter E. Schwed, both of Denver, Colo., for appellee.

Before LEWIS, BRATTON, and WILLIAMS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellee, at appellants' costs.